1912.) Action by Arthur G. Marceau against the Rutland Railroad Company.

PER CURIAM. Judgment (74 Misc. Rep. 635, 134 N. Y. Supp. 594) and order affirmed, with costs.

SMITH, P. J., and HOUGHTON, J., dissent, on the ground that the court erred in applying the doctrine of res ipsa loquitur.

MARHOFFER, Respondent, v. SWEDISH AUGUSTANA HOME FOR THE AGED, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Frank Joseph Marhoffer against the Swedish Augustana Home for the Aged, impleaded with another. No opinion. Judgment affirmed, with costs.

MARTIN, Appellant, v. MARTIN, Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Helen Martin against Michael J. J. Martin. No opinion. Motion for reargument (137 N. Y. Supp. 1129) denied, without costs.

MARTINETTI, Respondent, v. WOODS et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 27, 1912.) Action by Ignacio Martinetti against Al H. Woods and others.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 138 N. Y. Supp. 1129.

RICH, J., dissents.

MARTINETTI, Respondent, v. WOODS et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Ignacio Martinetti against Al H. Woods and others. No opinion. Motion denied, with $10 costs. See, also, 138 N. Y. Supp. 1129.

MARX, Respondent, v. ONTARIO BEACH HOTEL & AMUSEMENT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by Katherine Marx against the Ontario Beach Hotel & Amusement Company.

PER CURIAM. Judgment and order affirmed, with costs.

LAMBERT, J., dissents.

MARX, Respondent, v. ONTARIO BEACH HOTEL & AMUSEMENT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by Frank Marx against the Ontario Beach Hotel & Amusement Company.

PER CURIAM. Judgment and order affirmed, with costs.

LAMBERT, J., dissents.

MASEL, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Action by Joseph Masel against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment and order of the County Court of Queens County reversed, and new trial ordered, costs to abide the event, on the ground that the evidence does not establish negligence on the part of defendant or freedom from contributory negligence on the part of plaintiff.

HIRSCHBERG and RICH, JJ., vote for affirmance.

MATTHEWS, Respondent, v. HILL, Appellant. (Supreme Court, Appellate Division, Third Department. November 22, 1912.) Action by Albert Matthews against Fred Hill.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on the ground that the defendant had no right to set up an affirmative defense to the effect that the deed was procured from Mary McNeil by fraud and undue influence, for that was a defense not pleaded in the original answer in Justice's Court. The allegations in the attempted new defense that the deed was a forgery were unnecessary, because, under the defendant's denial, he could prove without plea that the deed was forged.

SMITH, P. J., and KELLOGG, J., dissent, upon the ground that no new defense is set up.

MAUPAI, Appellant, v. LAWRIE et al., Respondents. (Supreme Court, Appellate Division, First Department. November 22, 1912.) Action by Ferdinand P. Maupai against Frederick E. Lawrie and another. L. E. Schlechter, of New York City, for appellant. S. I. Frankenstein, of New York City, for respondents.

PER CURIAM. Order affirmed, with costs. Order filed.

SCOTT, J., dissents.

MAXWELL et al., Respondents, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by Mary E. Maxwell and another against the City of New York. W. E. C. Mayer, of Brooklyn, for appellant. M. I. St. John, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MAYER v. RAUDENBUSH. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by Adolph B. Mayer against Wallace G. Raudenbush. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

MAYHEW, Respondent, v. AUGUST BELMONT HOTEL CO., Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by John F. Mayhew against the August Belmont Hotel Com-